RECEIVED
BY MAIL

MAR 31 2005

CLERK US DIST COURT
MINNEAPOLIS MN

CR 01-162 JRT/FLN

CERTIFICATE OF SERVICE

I, Olusoji Agboola, the defendant in the case No 01-162 have caused a copy of the MOTION FOR CONSIDERATION OF RELEASE PENDING RESOLUTION OF APPEAL, to be served on the United States Attorney , by placing a copy in the Prison mail on March 28th 2005. And addressing to AUSA Mrs. Jones, United States Courthouse, #600 300 Fourth Str, So Minneapolis, MN 55415

Respectfully,

03-28-05

Olusoji Agboola
Low Security Correctional Inst. Allenwood
P.O.Box 1000
White Deer
PA 17887

SCANNED
MAR 31 2005
U.S. DISTRICT COURT MPLS