CR 01-162 JRT/FLN
04-1038/04-2223

# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

FILED
ST. PAUL, MN
1888515
APR 07 2005
MICHAEL E. GANS
CLERK

No. 04-1038/04-2223

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Appellee | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| | * | District of Minnesota |
| OLUSOJI MICHAEL AGBOOLA, | * | |
| | * | |
| Appellant | * | |

ORDER

Appellant's motion for consideration of release pending determination of appeal has been considered by the court and is denied.

April 7, 2005

Order Entered at the Direction of the Court:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

SCANNED
JUL 12 2005
U.S. DISTRICT COURT ST. PAUL