United States District Court
District Of Minnesota
Case # 01-162

RECEIVED
BY MAIL
SEP 29 2005
CLERK US DIST COURT
MINNEAPOLIS MN

Olusoji M. Agboola, )
Petitioner, )
) REQUEST FOR THE
v ) APPOINTMENT OF COUNSEL
)
United States Of America, )
Respondent, )

Comes Now, Olusoji M. Agboola, pro se who respectfully motions this honorable court for appointment of legal counsel for the above cited matter. Petitioner states to this court the following:

1. Petitioner is fully indigent, with no property, money or bank accounts.

2. The issue petitioner intended to present herein involves complex issues of violation of 6th Amendment Petitioner lack the proper knowledge, skills and has no legal training.

3. Complex Apprendi and Blakely issues for § 2255 and the ineffectiveness of previous attorney require the professional attention of knowledgable attorney.

SCANNED
SEP 29 2005
U.S. DISTRICT COURT MPLS

4. Issue of New Withess or Evidence that will shed light to the innocense of defendant could best be presented by legal professional.

The second circuit held in Williams v Kullman, 722 F.2d, 1048, 1050 "If the writ of habeas corpus is to continue to have meaningful purpose, it must be accessible not only to those with a strong legal background or the financial means to retain counsel, but also to the mass of un-represented petitioner"

Petitioner hereby states this honorable Court has the discretion to "request that an attorney represent... (a) person unable to employ counsel" 28 USC 1915 (d) and 18 USC 3060A(a)(2)(B). These rules do not limit the appointment of counsel... at any stage of the case if the interest of justice so requires, magistrate of district courts may appoint counsel at any stage" Weygandt v. Look, 718, F.2d 952, 954, 9th Cir 1983

Legal assistance at this stage, to file for 2255 and probably further appeal to the Supreme Court, if the appointed Counsel decides to, at this stage is critical, and petitioner is a layman of the law, untrained in matters of law and legal writing and may not recognize meritions claims, or be able to draft/file necessary documents/petitions in a formal timely and substantively proper manner, under all rules and procedures of the court.

Petitioner request that this honorable court assign previous appellate counsel, Mr David Chapman of the Chapman Law firm, 110 Broadway St 806 Fargo ND 58102, to represent him unless the court feels otherwise.

WHEREFORE, for the aforementioned reasons, petitioner respectfully request that this honorable court to GRANT this motion for Appointment of Legal Counsel, and for such other relief this court deems just and proper.

Respectfully Presented,

[signature]

OLUSOJI M. AGBOOLA # 24468-018
Low Security Correctional Inst.
BOX 1000
White Deer
PA 17887