# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

RECEIVED
BY MAIL
OCT 11 2005
CLERK, US DIST. COURT
ST. PAUL, MN

No. 04-1038/2223

| | | |
|---|---|---|
| United States of America, | * | |
| Appellee, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Olusoji Michael Agboola, | * | District of Minnesota. |
| | * | |
| Appellant. | * | 01 CR 162 JRT/FLN |

Appellant's "Rehearing Issue" received September 29, 2005, has been construed by the court as a motion to recall the mandate and for an extension of time to file for rehearing. The court has considered the motion and it is denied.

October 7, 2005

SCANNED
OCT 11 2005
U.S. DISTRICT COURT ST. PAUL

Order Entered at the Direction of the Court:
Michael E. Gans
Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans