Low Security Correctional Inst. Allenwood
P. O. Box 1000
White Deer,
PA 17887

Oct. 3rd 2005

RECEIVED
BY MAIL
OCT 17 2005
CLERK US DIST COURT
MINNEAPOLIS MN

The Clerk Of The Court,
United States District Court
300 Fourth Street
Minneapolis MN 55415

REF: CASE No (01-0162)

Dear Sir/Ma,

<u>REQUEST FOR COPY OF AUDIO RECORDING / AND TRANSCRIPT.</u>

I hereby request for a copy of the audio recording of January 21, 2003 and January 22nd 2003. These are docket #'s 145-149. Portion of these request is already docketed as Dock. # 93 and #163.

I would also liked a copy of the following Docket Numbers in transcript, Doc. # 59, 64, 84, 87, 93, 97 and Doc. # 177.

I am an indigene, [illegible]. I only worked for 40hr at 15c/hr at LSCI allenwood - PA.

Respectfully,

Olusoji M. Agboola # 24468-018.