RECEIVED
BY MAIL
OCT 17 2005
CLERK US DIST COURT
MINNEAPOLIS MN

United States District Court
District Of Minnesota
Case No 01-0162
JRT/FLN

United States Of America,)
Plaintiff, )
v. , )
Olusoji M. Agboola, )
Defendant, )

Motion For Release Of Audio Recording of Plea Hearing & Proceeding

Now Comes, Olusoji Michael Agboola, the defendant, requesting for a copy of the verbatim record of the pleading Proceeding in accordance with Rule 11(g) of the Federal Rule of Criminal Procedure as amended by the Supreme Court.

The pleading hearing took place on January 22, 2003, I hereby request for all the recording from the beginning of the plea Negotiation to the finality of the plea by defendant as all these transpired in an open court.

Defendant also want the court to order the Release of the transcript of the hearing on January 21, 2003 in full. Release of this information is critical to defendant need to press for justice in the above titled case.

SCANNED
OCT 17 2005
U.S. DISTRICT COURT ST. PAUL

2copies to JRT

Additionally, the defendant need the typed transcript of the following Docket entries # 59, 64, 84, 87, 93 and 177. Defendant need this urgently and would be grateful for the Release of the verbatim record and the transcript.

Currently, defendant is with no reasonable income to pay for the above request. As the courts record has shown, defendant is an indigene, hence wish this court to consider this request in such accordance.

Respectfully Submitted,

[signature]

OLUSOJI MICHAEL AGBOOLA # 24468-018
Low Security Correctional Institution Allenwood
P. O. BOX 1000
White Deer, PA 17887