United States District Court
District Of Minnesota
Case # 01-162 JRT/FLN

RECEIVED BY U.S. MAIL
2005 NOV -4 AM 11:16
U.S. DIST COURT MINNEAPOLIS, MN

United States Of America )
Plaintiff )
)
v. )
)
Olusoji Michael Agboola )
Defendant )

Motion For Release Of Trial Counsel's Notes and Files.

Comes Now, Olusoji Michael Agboola, Pro Se, humbly seek this court to order the former counsel Mr. Gary Bryant-Wolf to release copies of counsel's notes and file on the above title case, for use in preparing for a 2255 petition.

These notes and files should include but not limited to all correspondences (to and fro) between the prosecution office, the Judge, the investigators, it should also include correspondences (to and fro) of the defendant. Notes on any private meetings must be included. Exempted are motions already on the docket.

Respectfully,

[signature] Oct /31/2005

OLUSOJI MICHAEL AGBOOLA

SCANNED
NOV - 4 2005
U.S. DISTRICT COURT MPLS