United States District Court
District Of Minnesota
Case # 01-162 JRT/FLN

RECEIVED BY MAIL NOV - 4 2005 U.S. DIST COURT MINNEAPOLIS, MN

United States of America,
Plaintiff,

v.

Olusoji Michael Agboola
Defendant

Supplemental Motion To Request for Audio Transcript In Full

COMES NOW, Olusoji Michael Agboola, Pro Se, hereby submitt an Application To proceed Without Prepayment Of fees and Affidavit to supplement the motion requesting for the full and original Copy of the minutes Of January 21st and 22nd, 2003. and Dec. 19th 2003. in both audio and fully transcribed form.

I've requested in my earlier motion for some additional transcript which was stated in my last motion on this subject.

I shall be grateful for a quick response. I need this to complete my 28 Usc 2255

Respectfully Submitted,

[signature]

OLUSOJI MICHAEL AGBOOLA

SCANNED NOV - 4 2005 U.S. DISTRICT COURT MPLS