AO 240 (Rev. 9/96)

# UNITED STATES DISTRICT COURT

UNITED STATES District of MINNESOTA

2005 NOV -4 PM 10: 15
U.S. DIST COURT
MINNEAPOLIS, MN

Plaintiff

V.

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 01-162 JRT/FLN

I, OLUSOJI MICHAE AGBOOLA declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☒ Yes ☐ No (If "No," go to Part 2)

   If "Yes," state the place of your incarceration LSCI Allenwood

   Are you employed at the institution? Yes Do you receive any payment from the ______

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed? ☐ Yes ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

| | | | |
|---|---|---|---|
| a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
| b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
| c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
| d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
| e. | Gifts or inheritances | ☐ Yes | ☒ No |
| f. | Any other sources | ☒ Yes | ☐ No |

SCANNED
NOV - 4 2005
U.S. DISTRICT COURT MPLS

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

Melanie (fiancee) send me money for phone calls and some items I might need for commissary. See attached ledger sheet.

AO 240 Reverse (Rev. 9/96)

4. Do you have **any** cash or checking or savings accounts? ☐ Yes ☒ No
If "Yes," state the total amount. ____________________

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value? ☐ Yes ☒ No
If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

Victoria Agboola Ø
Makeena Rivers Ø
Kadeeja Rivers Ø
Gemanna Rivers Ø

I declare under penalty of perjury that the above information is true and correct.

Oct 31, 2005 ____________________
Date Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

**ORDER OF COURT**

| The application is hereby denied | | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. | |
|---|---|---|---|
| United States Judge | Date | United States Judge or Magistrate | Date |

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| TO: (Name and Title of Staff Member) Mr Cramer | DATE: 10-19-05 |
| FROM: Olusoji Agboola | REGISTER NO.: 24468-018 |
| WORK ASSIGNMENT: Rec 1 | UNIT: Gregg B 29 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Please I need a statement certified showing all expenditures, receipts and balances for the last 6 months. I need this to support an application to proceed without prepayment of fees for a request from the court.

(Do not write below this line)

DISPOSITION:

Recd 10-27-05

See Attached

| | |
|---|---|
| Signature Staff Member [signature] | Date 10-28-05 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

Printed on Recycled Paper

# All Transactions

PRINT

**Inmate Reg #:** 24468018
**Inmate Name:** AGBOOLA, OLUSOJI
**Report Date:** 10/28/2005
**Report Time:** 4:54:29 PM
**Current Institution:** Allenwood LSCI
**Housing Unit:** GREGG
**Living Quarters:** G06-292L

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 10/26/2005 5:36:54 PM | ALF3008 | Sales | ($32.00) | 40 | | $183.79 |
| 10/24/2005 9:56:12 PM | AMService | ITS Withdrawal | ($11.00) | ITS1024 | | $215.79 |
| 10/20/2005 4:49:42 PM | AMService | ITS Withdrawal | ($10.00) | ITS1020 | | $226.79 |
| 10/15/2005 10:35:24 AM | AMService | ITS Withdrawal | ($11.00) | ITS1015 | | $236.79 |
| 10/13/2005 11:37:04 AM | ALF3005 | Sales | ($2.00) | 13 | | $247.79 |
| 10/13/2005 11:27:13 AM | ALF3005 | Sales | ($53.45) | 10 | | $249.79 |
| 10/10/2005 8:12:18 PM | AMService | ITS Withdrawal | ($10.00) | ITS1010 | | $303.24 |
| 10/8/2005 8:09:18 PM | AMSERVICE | Western Union | $200.00 | 33300606 | | $313.24 |
| 10/8/2005 12:58:43 PM | AMService | ITS Withdrawal | ($10.00) | ITS1008 | | $113.24 |
| 10/6/2005 6:59:48 AM | ALP3250 | Payroll - IPP | $48.89 | 5JV00191 | | $123.24 |
| 10/5/2005 6:39:18 PM | ALF3007 | Sales | ($26.20) | 119 | | $74.35 |
| 10/5/2005 4:34:41 PM | AMService | ITS Withdrawal | ($11.00) | ITS1005 | | $100.55 |
| 10/1/2005 4:27:22 PM | AMService | ITS Withdrawal | ($15.00) | ITS1001 | | $111.55 |
| 9/27/2005 10:49:35 PM | AMService | ITS Withdrawal | ($3.00) | ITS0927 | | $126.55 |
| 9/25/2005 9:14:30 PM | AMService | ITS Withdrawal | ($2.00) | ITS0925 | | $129.55 |
| 9/24/2005 7:52:39 PM | AMService | ITS Withdrawal | ($1.00) | ITS0924 | | $131.55 |
| 9/20/2005 6:48:55 PM | ALF3007 | Sales | ($27.90) | 109 | | $132.55 |
| 9/17/2005 6:00:59 PM | AMService | ITS Withdrawal | ($10.00) | ITS0917 | | $160.45 |
| 9/15/2005 5:22:41 PM | AMService | ITS Withdrawal | ($10.00) | ITS0915 | | $170.45 |
| 9/11/2005 4:11:47 PM | AMService | ITS Withdrawal | ($10.00) | ITS0911 | | $180.45 |
| 9/7/2005 6:13:59 PM | ALF3005 | Sales | ($34.20) | 81 | | $190.45 |
| 9/6/2005 2:54:21 PM | ALP3250 | FRP Quarterly Pymt | ($25.00) | 002142 | | $224.65 |
| 9/6/2005 1:21:00 PM | ALP3250 | Payroll - IPP | $48.89 | 5JV00176 | | $249.65 |
| 9/4/2005 3:39:56 PM | AMService | ITS Withdrawal | ($20.00) | ITS0904 | | $200.76 |
| 9/1/2005 4:53:02 PM | AMService | ITS Withdrawal | ($12.00) | ITS0901 | | $220.76 |
| 8/30/2005 5:03:05 PM | AMSERVICE | Western Union | $100.00 | 33323605 | | $232.76 |
| 8/23/2005 1:48:01 PM | ALF3005 | Sales | ($18.00) | 54 | | $132.76 |
| 8/18/2005 8:41:41 PM | AMService | ITS Withdrawal | [illegible] | ITS0818 | | $150.76 |
| 8/16/2005 12:31:09 PM | ALF3005 | Sales | [illegible] | 43 | | $159.76 |
| 8/15/2005 4:52:18 PM | AMService | ITS Withdrawal | ($1[illegible].00) | ITS0815 | | $180.66 |
| 8/12/2005 5:14:35 PM | AMService | ITS Withdrawal | ($10.00) | ITS0812 | | $194.66 |
| 8/10/2005 9:03:17 PM | AMSERVICE | Western Union | $150.00 | 33322205 | | $204.66 |
| 8/10/2005 4:50:25 PM | AMService | ITS Withdrawal | ($9.00) | ITS0810 | | $54.66 |
| 8/8/2005 10:49:09 PM | AMService | ITS Withdrawal | ($7.00) | ITS0808 | | $63.66 |
| 8/6/2005 4:59:34 PM | AMService | ITS Withdrawal | ($6.00) | ITS0806 | | $70.66 |
| 8/3/2005 11:17:16 PM | AMService | ITS Withdrawal | ($6.00) | ITS0803 | | $76.66 |
| 8/3/2005 8:19:27 AM | ALP3250 | Payroll - IPP | $45.70 | 5JV00160 | | $82.66 |
| 8/2/2005 12:31:57 PM | ALF3005 | Sales | ($36.55) | 42 | | $36.96 |
| 8/1/2005 8:17:55 PM | AMService | ITS Withdrawal | ($7.00) | ITS0801 | | $73.51 |
| 7/23/2005 9:12:48 AM | AMService | ITS Withdrawal | ($2.00) | ITS0723 | | $80.51 |
| 7/22/2005 4:39:12 PM | AMService | ITS Withdrawal | ($3.00) | ITS0722 | | $82.51 |
| 7/19/2005 9:23:49 PM | AMService | ITS Withdrawal | ($7.00) | ITS0719 | | $85.51 |
| 7/19/2005 11:25:59 AM | ALF3006 | Sales | ($8.30) | 16 | | $92.51 |
| 7/16/2005 9:39:55 PM | AMService | ITS Withdrawal | ($10.00) | ITS0716 | | $100.81 |
| 7/15/2005 4:55:16 PM | AMService | ITS Withdrawal | ($10.00) | ITS0715 | | $110.81 |
| 7/13/2005 5:09:21 PM | AMService | ITS Withdrawal | ($3.00) | ITS0713 | | $120.81 |
| 7/11/2005 9:18:44 AM | ALP3250 | Payroll - IPP | $35.50 | 5JV00144 | | $123.81 |
| 7/10/2005 10:52:33 AM | AMService | ITS Withdrawal | ($2.00) | ITS0710 | | $88.31 |
| 7/9/2005 9:36:46 AM | AMService | ITS Withdrawal | ($7.00) | ITS0709 | | $90.31 |
| 7/7/2005 10:47:11 PM | AMService | ITS Withdrawal | ($3.00) | ITS0707 | | $97.31 |

COPY

1 2 3

# All Transactions

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 24468018 | **Current Institution:** | Allenwood LSCI |
| **Inmate Name:** | AGBOOLA, OLUSOJI | **Housing Unit:** | GREGG |
| **Report Date:** | 10/28/2005 | **Living Quarters:** | G06-292L |
| **Report Time:** | 4:54:44 PM | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 7/7/2005 5:09:37 PM | AMService | ITS Withdrawal | ($5.00) | ITS0707 | | $100.31 |
| 7/6/2005 5:13:35 PM | AMService | ITS Withdrawal | ($2.00) | ITS0706 | | $105.31 |
| 7/6/2005 12:53:32 PM | ALF3006 | Sales | ($39.45) | 15 | | $107.31 |
| 7/4/2005 5:10:48 PM | AMService | ITS Withdrawal | ($2.00) | ITS0704 | | $146.76 |
| 7/3/2005 4:02:21 PM | AMService | ITS Withdrawal | ($7.00) | ITS0703 | | $148.76 |
| 7/3/2005 10:52:00 AM | AMService | ITS Withdrawal | ($2.00) | ITS0703 | | $155.76 |
| 7/1/2005 5:21:12 PM | AMService | ITS Withdrawal | ($6.00) | ITS0701 | | $157.76 |
| 6/27/2005 9:43:03 PM | AMService | ITS Withdrawal | ($2.00) | ITS0627 | | $163.76 |
| 6/25/2005 11:03:20 AM | AMService | ITS Withdrawal | ($2.00) | ITS0625 | | $165.76 |
| 6/23/2005 10:57:12 PM | AMService | ITS Withdrawal | ($1.00) | ITS0623 | | $167.76 |
| 6/23/2005 10:15:23 PM | AMService | ITS Withdrawal | ($1.00) | ITS0623 | | $168.76 |
| 6/22/2005 9:03:25 PM | AMSERVICE | Western Union | $150.00 | 33318705 | | $169.76 |
| 6/21/2005 10:42:06 PM | AMService | ITS Withdrawal | ($1.00) | ITS0621 | | $19.76 |
| 6/21/2005 4:56:10 PM | AMService | ITS Withdrawal | ($2.00) | ITS0621 | | $20.76 |
| 6/20/2005 9:18:12 PM | AMService | ITS Withdrawal | ($1.00) | ITS0620 | | $22.76 |
| 6/20/2005 4:55:51 PM | AMService | ITS Withdrawal | ($1.00) | ITS0620 | | $23.76 |
| 6/19/2005 4:40:10 PM | AMService | ITS Withdrawal | ($1.00) | ITS0619 | | $24.76 |
| 6/16/2005 11:07:05 PM | AMService | ITS Withdrawal | ($15.00) | ITS0616 | | $25.76 |
| 6/13/2005 6:14:37 PM | ALF3004 | Sales | ($9.80) | 41 | | $40.76 |
| 6/11/2005 9:18:44 AM | AMService | ITS Withdrawal | ($14.00) | ITS0611 | | $50.56 |
| 6/6/2005 1:44:19 PM | ALP3250 | FRP Quarterly Pymt | ($25.00) | 002098 | | $64.56 |
| 6/6/2005 1:29:13 PM | ALP3250 | Payroll - IPP | $25.40 | 5JV00124 | | $89.56 |
| 6/6/2005 12:15:54 PM | ALF3004 | Sales | ($26.15) | 35 | | $64.16 |
| 6/5/2005 4:48:47 PM | AMService | ITS Withdrawal | ($16.00) | ITS0605 | | $90.31 |
| 6/1/2005 10:44:48 PM | AMService | ITS Withdrawal | ($12.00) | ITS0601 | | $106.31 |
| 5/29/2005 10:48:13 AM | AMService | ITS Withdrawal | ($2.00) | ITS0529 | | $118.31 |
| 5/21/2005 9:00:14 AM | AMService | ITS Withdrawal | ($7.00) | ITS0521 | | $120.31 |
| 5/16/2005 6:59:47 PM | ALF3004 | Sales | ($17.10) | 1[illegible] | | $127.31 |
| 5/15/2005 2:43:24 PM | AMService | ITS Withdrawal | ($1[illegible]) | ITS0515 | | $144.41 |
| 5/12/2005 8:27:33 PM | AMService | ITS Withdrawal | ($11.00) | ITS0512 | | $156.41 |
| 5/9/2005 8:39:32 AM | ALP3250 | Payroll - IPP | $20.40 | 5JV00106 | | $167.41 |
| 5/8/2005 6:58:24 PM | AMService | ITS Withdrawal | ($11.00) | ITS0508 | | $147.01 |
| 5/5/2005 8:44:29 PM | AMService | ITS Withdrawal | ($10.00) | ITS0505 | | $158.01 |
| 5/2/2005 11:29:07 AM | ALF3004 | Sales | ($17.90) | 5 | | $168.01 |
| 5/1/2005 10:34:00 AM | AMService | ITS Withdrawal | ($15.00) | ITS0501 | | $185.91 |
| 4/23/2005 10:54:02 AM | AMService | ITS Withdrawal | ($13.00) | ITS0423 | | $200.91 |
| 4/19/2005 7:03:17 PM | AMSERVICE | Western Union | $100.00 | 33314105 | | $213.91 |
| 4/18/2005 11:27:56 AM | ALF3005 | Sales | ($26.41) | 13 | | $113.91 |
| 4/14/2005 10:23:59 PM | AMService | ITS Withdrawal | ($10.00) | ITS0414 | | $140.32 |
| 4/9/2005 10:47:25 AM | AMService | ITS Withdrawal | ($12.00) | ITS0409 | | $150.32 |
| 4/6/2005 8:31:50 PM | AMService | ITS Withdrawal | ($12.00) | ITS0406 | | $162.32 |
| 4/6/2005 3:43:10 PM | ALP3250 | Payroll - IPP | $4.80 | 5JV00088 | | $174.32 |
| 4/4/2005 9:49:18 PM | AMService | ITS Withdrawal | ($10.00) | ITS0404 | | $169.52 |
| 4/4/2005 5:37:28 PM | ALF3004 | Sales | ($35.50) | 66 | | $179.52 |
| 3/24/2005 9:50:02 PM | AMService | ITS Withdrawal | ($15.00) | ITS0324 | | $215.02 |
| 3/24/2005 12:36:00 PM | ALF3004 | Sales | ($19.00) | 47 | | $230.02 |
| 3/18/2005 8:02:46 PM | AMSERVICE | Western Union | $240.05 | 33311905 | | $249.02 |
| 3/17/2005 11:24:44 AM | ALF3004 | Sales | ($24.38) | 10 | | $8.97 |
| 3/16/2005 8:50:29 PM | AMService | ITS Withdrawal | ($10.00) | ITS0316 | | $33.35 |
| 3/13/2005 10:14:15 AM | AMService | ITS Withdrawal | ($15.00) | ITS0313 | | $43.35 |

1 2 3