RECEIVED
BY MAIL
NOV 21 2005
CLERK US DIST COURT
MINNEAPOLIS MN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CASE # 01-162 (2) JRT/FLN

UNITED STATES OF AMERICA, )
PLAINTIFF, )
V )
)
OLUSOJI MICHAEL AGBOOLA, )
DEFENDANT, )

NOTICE OF PRO SE REPRESENTATION

Comes Now, Olusoji M. Agboola, the defendant in the above styled case, hereby inform this court that he is not/no more represented by Attorney David Chapman, the retainership has terminated.

I've provided this notice so that the court is not under the wrong assumption and so that the court could respond to the various motion filed Pro Se; Motions like Release of Audio Recording/Transcript, Motions like appointment of new Counsel and the Release of former Counsel Notes.

Due to potential conflict of interest, I've opted for the appointment of a new counsel not Mr Chapman, this is if the court grant the motion for the CJA - ~~otherwise~~, I shall be proceeding Pro Se. Please take note.

Respectfully Submitted,
[signature]
Nov 15th 2005
OLUSOJI MICHAEL AGBOOLA #24468-018
LSCI ALLENWOOD, P.O. BOX 1000, WHITE DEER PA 17887

SCANNED
NOV 21 2005
U.S. DISTRICT COURT MPLS