**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

OLUSOJI MICHAEL AGBOOLA,

Defendant.

Criminal No. 01-162(1) JRT
Civil No. 06-640 JRT

**ORDER**

---

Michelle Jones, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Olusoji Michael Agboola, Federal Correctional Facility, #24468-018, LSCI Allenwood, Post Office Box 1500, White Dear, Pennsylvania 17887, *pro se* defendant.

Defendant has filed a motion to vacate, set aside or correct the sentence pursuant to 28 U.S.C. § 2255 (Docket No. 263). **IT IS HEREBY ORDERED** that the government shall respond to the said motion by April 17, 2006.

Dated: March 27, 2006
at Minneapolis, Minnesota

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge