UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CR-162 (JRT/FLN)
06-CVL-640 JRT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | MOTION OF THE UNITED STATES |
| | ) | FOR AN EXTENSION OF TIME |
| v. | ) | TO FILE ITS RESPONSE TO |
| | ) | DEFENDANT'S § 2255 PETITION |
| OLUSOJI MICHAEL AGBOOLA, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America, by and through its attorneys Rachel K. Paulose, United States Attorney for the District of Minnesota, and Michelle E. Jones, Assistant United States Attorney, hereby requests an extension of time from April 17, 2006 to May 25, 2006 to respond to defendant's § 2255 petition on the grounds that the undersigned will be out of the country or State from March 31, 2006 through April 13, 2006 and due to the complexity of the case.

Dated: March 28, 2006

Respectfully submitted,

RACHEL K. PAULOSE
United States Attorney

s/Michelle E. Jones

BY: MICHELLE E. JONES
Assistant U.S. Attorney