UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OLUSOJI MICHAEL AGBOOLA,<br><br>Defendant. | ) | 01-CR-162 (JRT/FLN)<br>06-CVL-640 JRT<br><br>**ORDER** |

This matter is before the Court on the United States' motion for extension of time to respond to defendant's § 2255 petition.

Based on the files, records and proceedings herein, IT IS HEREBY ORDERED that: The United States' motion for extension of time to May 25, 2006 to respond to defendant's § 2255 petition is GRANTED.

Dated: March 29, 2006
at Minneapolis, Minnesota

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge