# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 06-2094

| | |
|---|---|
| In re: Olusoji Agboola, Petitioner. | Petition for Writ of Mandamus<br>CR 01-162 JRT/FLN |

## JUDGMENT

Petition for writ of mandamus has been considered by the court and is denied.

(5360-010199)

May 4, 2006

Order Entered at the Direction of the Court:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit.

SCANNED
MAY 08 2006
U.S. DISTRICT COURT ST. PAUL

... THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
Michael E. Gans