UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CR-162 (JRT/FLN)
06-CVL-640 (JRT)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OLUSOJI MICHAEL AGBOOLA,<br><br>Defendant. | MOTION OF THE UNITED STATES FOR AN EXTENSION OF TIME TO FILE ITS RESPONSE TO SECTION 2255 PETITION |

The United States of America, by and through its attorneys Rachel K. Paulose, United States Attorney for the District of Minnesota, and Michelle E. Jones, Assistant United States Attorney, hereby requests an extension of time from May 25, 2006 to June 23, 2006 to respond to petitioner's § 2255 petition for writ of habeas corpus on the grounds that the undersigned requires additional time to respond to the lengthy petition in this complex case and will be out of the office from May 25, 2006 until June 1, 2006.

Dated: May 24, 2006

Respectfully submitted,

RACHEL K. PAULOSE
United States Attorney

s/Michelle E. Jones

BY: MICHELLE E. JONES
Assistant U.S. Attorney