# CERTIFICATE OF SERVICE

UNITED STATES OF AMERICA,

Plaintiff,

v. Case Number: 01-162

OLUSOJI MICHAEL AGBOOLA,

Defendant(s).

I hereby certify that on May 24, 2006, I served, or caused to be served, the following documents:

Motion of the United States for an Extension of Time to File Its
Response to Defendant's 2255 Petition

I certify, further, that I served, or caused to be served the above-listed documents to non-ECF participants by placing a copy in an envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and delivering by mail to:

**Olusoji Michael Agboola**
24468-018
FCI - LSCI Allenwood
PO Box 1500
White Deer, PA 17887

RACHEL K. PAULOSE
United States Attorney

s/Lisa Wyatt

BY: LISA WYATT
Legal Assistant