**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

OLUSOJI MICHAEL AGBOOLA,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

Crim. No. 01-162 (1) (JRT/FLN)
Civil No. 06-640 (JRT)

**ORDER**

Olusoji Michael Agboola, #24468-018, Federal Correctional Institution – LSCI Allenwood, P.O. Box 1500, white Deer, PA 17887, *pro se*.

Michelle E. Jones, Assistant United States Attorneys, **OFFICE OF THE UNITED STATES ATTORNEY**, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, for respondent.

This matter is before the Court on the United States' motion for additional time to respond to petitioner's § 2255 petition for writ of habeas corpus due to the lengthy petition in this complex case,

Based on the files, records and proceedings herein, **IT IS HEREBY ORDERED** that respondent's motion [Docket No. 271] for extension of time to June 23, 2006, to respond to defendant's § 2255 petition is **GRANTED**.

DATED: June 5, 2006
at Minneapolis, Minnesota.

s/ John R. Tunheim
JOHN R. TUNHEIM
United States District Judge