UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CR-162 (JRT/FLN)
06-CVL-640 (JRT)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>OLUSOJI MICHAEL AGBOOLA,<br>Defendant. | MOTION OF THE UNITED STATES FOR AN EXTENSION OF TIME TO FILE ITS RESPONSE TO SECTION 2255 PETITION |

The United States of America, by and through its attorneys Rachel K. Paulose, United States Attorney for the District of Minnesota, and Michelle E. Jones, Assistant United States Attorney, hereby requests an extension of time to respond to petitioner's Section 2255 petition for writ of habeas corpus due to the number of issues raised in the petition and numerous pressing matters requiring counsel's recent attention. Counsel respectfully requests an extension from June 23, 2006 to July 21, 2006 to respond to all of the issues raised in the petition.

Dated: June 22, 2006

Respectfully submitted,

RACHEL K. PAULOSE
United States Attorney

s/Michelle E. Jones

BY: MICHELLE E. JONES
Assistant U.S. Attorney