**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

OLUSOJI MICHAEL AGBOOLA,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

Criminal No. 01-162 (1) (JRT/FLN)
Civil No. 06-640 (JRT)

**ORDER**

Olusoji Michael Agboola, No. 24468-018, FCI Allenwood, Post Office Box 1000, White Dear, PA, 17887, pro se petitioner.

Michelle E. Jones, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, for respondent.

This matter is before the Court on Government's third motion for an extension of time to respond to defendant's motion to vacate, set aside or correct the sentence pursuant to 28 U.S.C. § 2255. Due to the number of issues raised in the petition and numerous pressing matters requiring counsel's recent attention, the Court will allow the additional extension.

**IT IS HEREBY ORDERED** that Government's motion for an extension of time [Docket No. 273] is **GRANTED in part**. The Government shall respond to defendant's motion to vacate, set aside or correct the sentence pursuant to 28 U.S.C. § 2255 by July 10, 2006.

DATED: June 27, 2006
at Minneapolis, Minnesota.

s/ John R. Tunheim
JOHN R. TUNHEIM
United States District Judge