**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

**No: 06-3416**

**United States of America,**

**Appellee**

**v.**

**Olusoji Michael Agboola,**

**Appellant**

---

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:06-cv-00640-JRT)

---

**MANDATE**

In accordance with the judgment of 1/31/07 and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

April 18, 2007

Clerk, U.S. Court of Appeals, Eighth Circuit